**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

John Shane Nicosia
Camp D Rav 1-C-12 DOC No. 471337
Louisiana State Prison
Angola La 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 29, 2020

**REHEARING ACTION: July 29, 2020**

**Docket Number: 19   00370-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOHN SHANE NICOSIA**

**Writ Application from Rapides Parish Case No. 307,171**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Phyllis M. Keaty**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **John Shane Nicosia** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent